FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Ryshaun Williams

(Enter above the full name of the plaintiff in this action)

V.

"ADMINISTRATOR"

Northern State Prison P.O. Box 2300

Newark NJ 07114

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

JUN  5 2025

AT 8:30_____M

CLERK, U.S. DISTRICT COURT - D.J

---

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should  contain (1) a short and plain statement of the grounds upon which the court's  jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of   $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

_X_    42 U.S.C. §1983 (applies to state prisoners)

____    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

√ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.    Court and docket number:_____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? New Jersey STATE Prison

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: RySHAWN WilliAMS

Address: P.O. Box 861  TRENTON NJ  08625

Inmate#: 1202687 - 113194D

b.    First defendant:

Name: John Doe

Official position: Corrections officer

Place of employment: Department of Corrections

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

While Housed At university Hospitals emergency Room waiting to Have A Battery Removed From my stomach ; I was checked on several occassions by this transport officer.

c.    Second defendant:

Name: Jane Doe

Official position: Corrections officer

Place of employment: Department of Corrections

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

This female officer witnessed the whole Incident.

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.   I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

_____Yes      __✓__No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

_____
_____
_____
_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

I Filed A complaint with the Special Investigation Unit in 2023 After That complaint was lodged I never was Afforded the opportunity to speak with Anyone. I Am in Administrative Segregation.

6.   Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

I Arrived to University Hospital on 11/19/2023 in the Emergency Room to Remove A Battery out of my Stomach. While I was placed on the Floor of The E.R. I was shackled 3 Handcuffed at the Feet while lying in A Hospital Bed. The Assigned officers were located at the Foot of my Bed on the phone.

When I was Approached by hospital staff to Ascertain the Reason As to why I was in the E.R.; I kindly told them that I would like to Refuse Treatment and that I will sign the necessary paperwork that would be needed. She said she has to speak with someone and she left. The officer then got off of the phone and placed A pair of gloves on then Approached me by bedside and looked Around suspiciously. The next thing I know this officer is whispering in a soft voice. telling me that he will kill me in this hospital. I was confused. In the next moment this same officer starts placing his hands Around my neck in a violent manner. He was choking me. As Im yelling for help he releases his grip on my neck. Now Im looking for help. By the time I look up he proceeds to choke me Again. This time his Partner is grabbing him by the Arm trying to pry his Arms off of me. She's yelling to him WHAT Are you Doing? Nurse staff quickly respond to help. Immediately I am being Restrained As if I was Acting out. The next thing I know they Are preparing to give me An injection. I later found out that the injection was Actually HALDOL. All of These Actions were not called for. The whole incident was captured on CAMERA. The Emergency Room has CAMERAS throughout the whole floor that captured this ASSAULT.

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to File FORMAL charges of ASSAULT And I would Ask the Court To AWARD Me compensation For SAID events that took place. I AM SEEKING TO CLAIM $100,000,000.00

_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

    (✓) Jury Trial ( ) Non-Jury Trial


I declare under penalty of perjury that the foregoing is true and correct.


Signed this 30 TH day of MAy , 20 2 5

_____
Signature of plaintiff*


(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).